UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re:

INQUIREOF COMPANY,

Debtor.

Case No. 21-00185-NGH

(Chapter 7)

### ORDER RE: TRUSTEE'S APPLICATION TO EMPLOY COUNSEL

Trustee's Application for Approval of Employment of Kurtz Law PLLC as Counsel [Dkt. 26] having come before the Court for hearing on October 12, 2021, the Court does hereby DENY the application without prejudice.

In the event Trustee intends to refile the Application, said Application shall 1) fully disclose the familial relationship related to the proposed retention of Trustee's law firm and his father's engagement as counsel in this matter, and 2) present sufficient cause pursuant to Bankruptcy Code Section 327(d) as to why it is in the best interest of the Estate to employ the Trustee's own firm as counsel in this matter.

IT IS SO ORDERED.  //end of text//

DATED: October 14, 2021

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

Respectfully submitted by:
Richard C. Boardman
Perkins Coie LLP
Attorneys for Interested Parties David Myers and Apex Leaders, LLC

Form of order approved by Timothy Kurtz October 14, 2021
/s/ Timothy Kurtz